UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **OLUFEMI SADIQ** | **CIVIL DOCKET NO. 1:22-CV-02138** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ACTING WARDEN BAYSHORE** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 9], and after a de novo review of the record, noting the absence of objections thereto, having determined that the findings and recommendations are correct under the applicable law,

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 [Doc. 1] is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 15th day of November 2022.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

1